**In re: GigaMedia Access Corporation**
**Case No. 19-12537 (KBO)**
**Exhibit A**
**Preference Period: August 29, 2019 through November 27, 2019**

| Transferor | Recipient | Street Address | City | State | Zip | Date of Payment | Payment Method | Account Number | Amount Paid |
|---|---|---|---|---|---|---|---|---|---|
| GigaMedia Access Corporation | Robin Brooks | 343 W. Wolf Point Plaza, #2203 | Chicago | IL | 60654-8901 | 8/30/2019 | Wire Transfer TRN: 2019083000355950 | Bank of America Account No. 4505 | $ 100,000.00 |
| GigaMedia Access Corporation | Robin Brooks | 343 W. Wolf Point Plaza, #2203 | Chicago | IL | 60654-8901 | 9/17/2019 | Wire Transfer TRN: 2019091700317222 | Bank of America Account No. 4505 | $ 70,000.00 |
| GigaMedia Access Corporation | Robin Brooks | 343 W. Wolf Point Plaza, #2203 | Chicago | IL | 60654-8901 | 9/17/2019 | Wire Transfer TRN: 2019091700328952 | Bank of America Account No. 4505 | $ 5,000.00 |
| GigaMedia Access Corporation | Robin Brooks | 343 W. Wolf Point Plaza, #2203 | Chicago | IL | 60654-8901 | 10/1/2019 | Wire Transfer TRN: 2019100100426491 | Bank of America Account No. 4505 | $ 75,000.00 |
| **TOTAL AVOIDABLE TRANSFERS:** | | | | | | | | | **$ 250,000.00** |